Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, DENNIS WEIBLE

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| DENNIS WEIBLE,<br><br>                Plaintiff,<br><br>         v.<br><br>JEROLD KAPLAN LAW OFFICE,<br><br>                Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

**PLAINTIFF'S COMPLAINT**

DENNIS WEIBLE (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against JEROLD KAPLAN LAW OFFICE (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Queen Creek, Maricopa County, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection law firm located in Phoenix, Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see Plaintiff's call log as Exhibit A).

12. Defendant places calls from 602-258-8433 (see Exhibit A).

13. Defendant places calls to Plaintiff and fails to disclose that it is a debt collector (see transcribed voicemail message as Exhibit B).

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and/or abuse Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

c. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the calls are from a debt collector.

WHEREFORE, Plaintiff, DENNIS WEIBLE, respectfully requests judgment be entered against Defendant, JEROLD KAPLAN LAW OFFICE, for the following:

15. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Actual damages,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, DENNIS WEIBLE, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  September 22, 2009          KROHN & MOSS, LTD.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, DENNIS WEIBLE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DENNIS WEIBLE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9/3/09                                   _____
                                                DENNIS WEIBLE

**EXHIBIT A**

| | | |
|---|---|---|
| | Kaplan Law | |
| | (602) 258-8433 | |
| 1 | 7/25 0900 | 1 |
| 2 | 7/25 1020 | 2 |
| 3 | 7/28 1739 | |
| 4 | 7/30 1300 | |
| 5 | 8/03 1421 | |
| 6 | 8/04 1106 | |
| 7 | 8/05 1206 | |
| 8 | 8/06 1236 | |
| 9 | 8/07 1649 | |
| 10 | 8/10 1208 | |
| 11 | 8/12 0820 | 1 |
| 12 | 8/12 0949 | 2 |
| 13 | 8/13 1015 | |
| 14 | 8/14 1133 | |
| 15 | 8/19 1127 | 1 |
| 16 | 8/19 1129 | 2 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

PLAINTIFF'S COMPLAINT

**DENNIS WEIBLE v. JEROLD KAPLAN LAW OFFICE**

This is a message for Dennis Weible. If we have reached the wrong number please call us back at 602-258-8433. If you are Dennis Weible please listen to this entire message. There will now be a three-second pause. By continuing to listen to this message, you acknowledge that you are Dennis Weible and you are listening to this message privately. This is _____ Ortiz at Jerold Kaplan Law Office. Please call me at 602-258-8433, extension 2222. I will be in the office until 7 p.m. when you call back reference the number 325544.