1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com

5  Attorneys for Plaintiff, DENNIS WEIBLE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| DENNIS WEIBLE,  Plaintiff,  v.  JEROLD KAPLAN LAW OFFICE,  Defendant, | No. 2:09-cv-01981-MHB  **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

**TO:   DEFENDANT:**

   Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as <u>Exhibit A</u>.

                                                    RESPECTFULLY SUBMITTED,

DATED:  November 10, 2009          KROHN & MOSS, LTD.

                                                    By:<u>/s/ Ryan Lee</u>

                                                    Ryan Lee
                                                    Attorney for Plaintiff

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

NOTICE OF ACCEPTANCE OF RULE 68 OFFER

```
Pat Esquivel, Esq.
JEROLD KAPLAN LAW OFFICE, P.C.
2738 E. Washington Street
Phoenix, Arizona 85034
Telephone: (602) 258-8433
FAX: (602) 258-4302
E-mail: pesquivel@kdelaw.com

Attorney for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Dennis Weible,** | Case No.: CV 09-01981-MHB |
| Plaintiffs, | |
| v. | |
| **Jerold Kaplan Law Office,** | **DEFENDANT'S OFFER OF JUDGMENT** |
| Defendant. | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Jerold Kaplan Law Office, ("Defendant") by and through its attorney, Jerold Kaplan Law Office, P.C., hereby offers to allow judgment to be taken against it in favor of Plaintiff Dennis Weible, (the "Plaintiff") as follows:

1) Judgment shall be entered in the total amount of One Thousand and One Dollars ($2,001.00), as against Defendant;

2) In addition, Plaintiff's reasonable costs and reasonable attorney's fees now accrued specifically in connection with the prosecution against Defendant of any claims specifically allowing for the recovery of such costs and attorney's fees pled in the above-referenced suit are to be added to the judgment as against SAC; said fees and costs shall be as are agreed to between counsel for the parties, or

if they are unable to agree, as determined by the Court upon motion.

3)   The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against Defendant and its employees and said judgment shall have no effect whatsoever except in settlement of those claims; and,

4)   This Offer of Judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff has suffered any damage. All liability is denied.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff within ten (10) days after service of this Offer of Judgment, this Offer of Judgment shall be deemed withdrawn and any evidence of this Offer of Judgment will be inadmissible except in any proceeding to recover costs.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff and any judgment finally obtained by Plaintiff is not more favorable than this Offer of Judgment, Plaintiff must pay all costs incurred by Defendant after the making of this Offer of Judgment.

Respectfully submitted,

JEROLD KAPLAN LAW OFFICE, P.C.

By:   s/ Pat Esquivel
      Pat Esquivel
      Jerold Kaplan Law Office, P.C.
      2738 E. Washington Street
      Phoenix, AZ 85034
      602.258.8433
      E-mail: pesquivel@kdclaw.com