## Weible, Dennis v. Jerold Kaplan Law Office
Matter ID: AZ1585F09AC

| Date | Timekeeper | Description | Time (hrs) |
|---|---|---|---|
| Wed Nov 11,2009 | Ryan Lee | Prepare and file petion for fees and costs; Lee, Ryan / Attorney | 1.00 |
| Tue Nov 17,2009 | Adam Hill | Reviewed time and prepared time sheets for use in fee petition; Hill, Adam / Consulting Non-Arizona Attorney | 0.60 |
| Wed Nov 11,2009 | Ryan Lee | Discussed fee offer with Adam Hill; Lee, Ryan / Attorney | 0.10 |
| Tue Nov 10,2009 | Adam Hill | Prepared and filed Notice of Acceptance of Offer of Judgment or Relay Acceptance of Bifurcated Settlement Offer to Defendant for attorney authorization; Hill, Adam / Consulting Non-Arizona Attorney | 0.20 |
| Tue Nov 10,2009 | Adam Hill | Make fee demand to Defendant to attempt to resolve prior to formally doing the time sheets; Hill, Adam / Consulting Non-Arizona Attorney | 0.10 |
| Tue Nov 10,2009 | Ryan Lee | Reviewed and approved notice of acceptance of offer of judgment; Lee, Ryan / Attorney | 0.10 |
| Mon Nov 9,2009 | Adam Hill | Left message and emailed client regarding Offer of Judgment; received email from client authorizing acceptance of OOJ; memo to file; Hill, Adam / Attorney | 0.20 |
| Thu Nov 5,2009 | Ryan Lee | Received and reviewed offer of judgment; memo to file; Lee, Ryan / Attorney | 0.20 |
| Fri Oct 23,2009 | Brooke Letterle | Recevied and mailed consent to proceed before magistrate to court for filing; mailed copy to Defendant; Letterle, Brooke / Paralegal | 0.30 |
| Wed Oct 21,2009 | Ryan Lee | Reviewed and signed magistrate consent form and sent to paralegal to file; Lee, Ryan / Attorney | 0.10 |
| Fri Oct 16,2009 | Moira Roth | Serve complaint by waiver on Defendant; prepared waiver packet; sent to attorney for signature; Roth, Moira / Legal Assistant | 0.30 |
| Fri Oct 16,2009 | Ryan Lee | Reviewed and signed notice of lawsuit and sent to paralegal to file; Lee, Ryan / Attorney | 0.10 |
| Wed Oct 7,2009 | Ryan Lee | Review status of file; Lee, Ryan / Attorney | 0.20 |
| Tue Sep 22,2009 | Moira Roth | Recevied signed verification; assembled Complaint for formal filing; Roth, Moira / Legal Assistant | 0.50 |
| Thu Sep 3,2009 | Ryan Lee | Final review of Complaint; approved for filing; Lee, Ryan / Attorney | 0.10 |
| Thu Sep 3,2009 | Adam Hill | Prepare Complaint; reviewed notes from interview with client and compared notes with FDCPA to identify violations; prepared draft of Complaint for attorney review; drafted email to client with copy of Complaint and instructions; memo to file; Hill, Adam / Consulting Non-Arizona Attorney | 1.20 |
| Thu Sep 3,2009 | Ryan Lee | Reviewed draft of Complaint; Lee, Ryan / Attorney | 0.20 |
| Thu Aug 27,2009 | Kimberly Wright | Spoke with client on the phone to discuss additional facts to prepare Complaint; memo to file; Wright, Kimberly / Paralegal | 0.50 |
| Thu Aug 27,2009 | Kimberly Wright | Received and reviewed voicemail message that Defendant left for client evidencing violations; sent to be transcribed; memo to file; Wright, Kimberly / Paralegal | 0.30 |

| Date | Person | Description | Hours |
|---|---|---|---|
| Thu Aug 27, 2009 | Kimberly Wright | Received and reviewed call log from client evidencing calls made by the Defendant; memo to file; Wright, Kimberly / Paralegal | 0.10 |
| Wed Aug 26, 2009 | Ryan Lee | Interview with client; prepare entire form interview; prepare memo to file on potential counts to file; discussed with Ryan Lee; memo to file; Lee, Ryan | 1.00 |
| Tue Aug 25, 2009 | Ryan Lee | Open file in database; discuss with associate and create factual summary; prepare outline of linked events; prepare Amicus Precedent to track case; Lee, Ryan / Attorney | 0.50 |
| Mon Aug 24, 2009 | Ryan Lee | Received Inquiry from client; set up consult with client; research into Defendant and viability of said; memo to file; Lee, Ryan / Attorney | 1.00 |

**Total Time(hrs):** 8.90

## DENNIS WEIBLE V. JEROLD KAPLAN LAW OFFICE

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| **Ryan Lee** | 4.6 | $290 | $1,334.00 |
| **Adam Hill** | 2.3 | $225 | $517.50 |
| **Paralegals** | 2.0 | $125 | $250.00 |

**TOTAL ATTORNEYS' FEES:**     $2,101.50
**COST OF FILING:**                    $   350.00

**TOTAL FEES AND COSTS:**      $2,451.50