# BIOGRAPHY OF KROHN & MOSS, LTD. ATTORNEYS

### 1. Ryan Lee

Mr. Lee joined Krohn & Moss in January, 2006 focusing on lemon law and consumer protection. He received his Juris Doctor from the Santa Clara University and is licensed in California and. He received his Bachelor of Arts degree from Arizona State University in Political Science and History.  Mr. Lee has focused his practice at Krohn & Moss on breach of warranty (Lemon Law) and the Fair Debt Collection Practices Act. He has handled every aspect of litigation including arbitration, mediation, and trial.

Mr. Lee worked as general counsel for a life insurance marketing agency in Arizona prior to joining Krohn & Moss. He was involved in all aspects of the life insurance industry. Mr. Lee provided legal advice to clients regarding their life insurance policy options, managed the underwriting process, and managed the medical exam procedures.

### 2. Adam Hill

Adam T. Hill joined Krohn & Moss, Ltd., as an attorney in November of 2007, concentrating his practice in the areas of consumer protection and breach of warranty litigation. At Krohn & Moss, Mr. Hill is responsible for all aspects of litigation including, but not limited to, the arbitration, mediation and/or trial of cases, as well as covering the daily court calls for the firm. Prior to earning his license to practice law, Mr. Hill worked for over two years as a law clerk at Krohn & Moss.

Mr. Hill earned a Bachelor of Science degree from the University of Michigan in April of 2003 and went on to earn his Juris Doctor from The John Marshall Law School in May of 2007. While in law school Mr. Hill was Vice President of the Student Bar Association, participated in numerous mock trial competitions, and was a member of the Trial Advocacy and Dispute Resolution Honors Board. Mr. Hill is licensed to practice in the state of Illinois and New York .