Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DENNIS WEIBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DENNIS WEIBLE,<br><br>          Plaintiff,<br><br>v.<br><br>JEROLD KAPLAN LAW OFFICE,<br><br>          Defendant. | No. 2:09-cv-01981-MHB<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

I, RYAN LEE, declare and state as follows:

1. That I have reviewed Plaintiffs' Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiffs' case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiffs in this case.

COMPLAINT AND DEMAND FOR JURY TRIAL

- 2 -

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

5. The time entries recorded in this case were made contemporaneous to the tasks performed.

6. That the time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. This declaration was executed on December 2, 2009, at Los Angeles, California.

Ryan Lee

Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DENNIS WEIBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DENNIS WEIBLE,<br><br>Plaintiff,<br><br>v.<br><br>JEROLD KAPLAN LAW OFFICE,<br><br>Defendant. | No. 2:09-cv-01981-MHB<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

I, ADAM HILL, declare and state as follows:

1. That I have reviewed Plaintiffs' Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiffs' case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiffs in this case.

- 1 -

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

5. The time entries recorded in this case were made contemporaneous to the tasks performed.

6. That the time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. This declaration was executed on December 2, 2009, at Chicago, Illinois.

Adam Hill

- 2 -

COMPLAINT AND DEMAND FOR JURY TRIAL